## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAKEIM CESPEDES,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 25-CV-3441** |
| | : | |
| **UPPER MORELAND POLICE DEPT.,** | : | |
| *et al.*, | : | |
|     **Defendants.** | : | |

### ORDER

AND NOW, this 17th day of July 2025, upon consideration of Plaintiff Shakeim Cespedes's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. All federal law claims are **DISMISSED WITH PREJUDICE** and all state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                            **BY THE COURT:**

                                            /s/ Chad F. Kenney

                                            **CHAD F. KENNEY**